IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD LYNCH, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CASE NO. 3:13-cv-02701-L |
| § | |
| UNION PACIFIC RAILROAD COMPANY, § | |
| a Delaware corporation, § | |
| § | |
| Defendant. § | |
| § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties have settled this matter and have executed a confidential Settlement Agreement and Release of Claims.  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate and agree that all claims in the above-captioned action shall be dismissed in their entirety, with prejudice, and without right of appeal.  The parties further stipulate and agree that an order dismissing the above-captioned action in its entirety, with prejudice, shall be entered without further notice or hearing.

DATED: January 21, 2016                Respectfully Submitted,

**NICHOLS KASTER, PLLP**

By: s/ Jason Hungerford

Jason Hungerford (24065467)
        jhungerford@nka.com
80 South Eighth Street
4600 IDS Center
Minneapolis, MN 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

**BLUME FAULKNER SKEEN & NORTHAM**

Richard D. Faulkner
Louisiana State Bar No. 05470
        rfaulkner@bfsnlaw.com
James D. Blume
State Bar no. 02514600
        jblume@bfsnlaw.com
111 W Spring Valley Rd., Suite 250
Richardson, TX 75081
Telephone: (214) 373-7788
Fax: (214) 373-7783

ATTORNEYS FOR PLAINTIFF



**UNION PACIFIC**

By: s/ Fred Wilson
Fred Wilson
State Bar No. 00788687
fredwilson@up.com
801 Louisiana, Suite 300
Houston, TX 77002
Telephone: (713) 220-3224
Fax: (71) 220-3215

ATTORNEYS FOR DEFENDANT

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

                                    s/ Jason Hungerford